JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ROBERT SMITH,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>HARRY OREOL, ET AL.,<br><br>　　　　　Defendant(s). | Case No. EDCV 17-1135-JFW (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Amended Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and without leave to amend.

Dated: July 8, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　United States District Judge