UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACK ROBERT SMITH,**<br><br>Plaintiff,<br><br>v.<br><br>**HARRY OREOL, ET AL.,**<br><br>Defendant(s). | Case No. EDCV-17-1135-JFW (KK)<br><br>**FINAL JUDGMENT** |

On May 13, 2021, the Court entered an order granting Defendant Jesse Henderson's Renewed Motion for Summary Judgment, Or in the Alternative, Partial Summary Judgment ("the Motion"). That order, which describes the nature and history of this action, and the legal and factual bases for granting the Motion, is incorporated herein by reference. ("Order," Dkt. 154.)

The Order disposes of the sole cause of action against the sole defendant in this action. Accordingly, the Court now enters a full and final judgment in this action, against Plaintiff Jack Robert Smith and in favor of Defendant Jesse Henderson.

As the prevailing party, Defendant Jesse Henderson is entitled to recover his costs of suit.

IT IS SO ORDERED, ADJUDGED AND DECREED.

Dated: May 18, 2021

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE